IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-00026-FL

| | |
|---|---|
| JEFFREY PIASCIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BIOMASS CONTROLS PBC a/k/a | ) **ORDER ON PLAINTIFF'S MOTION TO** |
| BIOMASS CONTROLS PBC CORP., a | ) **CONFIRM ARBITRATION AWARD AND** |
| Delaware Corporation, BIOMASS | ) **FOR ENTRY OF JUDGMENT** |
| CONTROLS, LLC, a Connecticut Limited | ) |
| Liability Company, JEFF HALLOWELL, | ) |
| and RICK WOJCIK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Court on Plaintiff's Motion to Confirm Arbitration Award and for Entry of Judgement. Having considered the same, the Court finds that Plaintiff's Motion should be GRANTED. It is hereby ordered that:

1) Plaintiff's Motion to Confirm Arbitration Award is granted;

2) The Partial Award and Award on Fees and Costs, attached to Plaintiff's Motion as Exhibits 1 and 2, respectively, are CONFIRMED as a Final Arbitration Award; and

3) The Clerk shall enter judgment in Plaintiff's favor against Defendants, jointly and severally, in the amount of: (a) $44,162.42, plus interest at the legal rate from October 3, 2019; (b) $44,162.42 as liquidated damages; (c) $67,500.00 in attorneys' fees; and (d) $14,405.54 in costs.

SO ORDERED, this the 24th day of May, 2022.

                                            LOUISE W. FLANAGAN
                                            UNITED STATES DISTRICT JUDGE