UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFREY PIASCIK<br>    Plaintiff,<br><br>v.<br><br><br>BIOMASS CONTROLS PBC CORP,<br>a Delaware Corporation also known as<br>Biomass Controls PBC Corp, BIOMASS<br>CONTROLS, LLC, a Connecticut Limited<br>Liability Company, JEFF HALLOWELL<br>and RICK WOJCIK<br>    Defendants. | **JUDGMENT**<br><br>No. 5:20-CV-26-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of motion by Plaintiff seeking an order to confirm the arbitration award.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 24, 2022, and the reasons set forth more specifically therein, the arbitration award in this matter is confirmed. Plaintiff shall recover an award against Defendants, jointly and severally, in the amount of: (a) $44,162.42, plus interest at the legal rate from October 3, 2019; (b) $44,162.42 as liquidated damages; (c) $67,500.00 in attorneys' fees; and (d) $14,405.54 in costs.

**This Judgment Filed and Entered on May 24, 2022, and Copies To:**

Melanie A. Huffines / Benton Louis Toups  (via CM/ECF Notice of Electronic Filing)
Michael E. Satti / Karl Stephen Gwaltney  (via CM/ECF Notice of Electronic Filing)

May 24, 2022                    PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk